B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan (Detroit)

In re CAROLYN ZDZIEBKO  
Debtor

Case No. 11-70535  
Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.  
**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 0354

**Date of payment change:**  
Must be at least 21 days after date of this notice: 05/01/13 (mm/dd/yyyy)

**New total payment:** $ 724.15  
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

- [ ] No
- [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 227.22  
**New escrow payment:** $ 225.17

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

- [X] No
- [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**  
**New interest rate:**  
**Current principal and interest payment:** $  
**New principal and interest payment:** $

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- [X] No
- [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  
*(Court approval may be required before the payment change can take effect.)* Reason for change:

**Current mortgage payment:** $  
**New mortgage payment:** $

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[X] I am the creditor.   [ ] I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/Jacqueline Poteet       Date 03/25/13
Signature

Print: Jacqueline      Poteet       Title  Bankruptcy Specialist
       First Name   Middle Name   Last Name

Company  CitiMortgage, Inc.

Address  PO Box 6030
         Number           Street

         Sioux Falls, SD 57117-6030
         City                                                State   Zip Code

Contact phone (866)613-5636        Email Citi.Poc@citi.com



U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

Debtor: CAROLYN ZDZIEBKO

Case No. 11-70535

CERTIFICATE OF SERVICE

I hereby certify that on 03/25/13, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: CAROLYN ZDZIEBKO
42277 HANFORD RD
CANTON, MI 48187-3521

I hereby certify that on 03/25/13, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: TAMMY L. TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

Debtors Counsel: JESSE R. SWEENEY
30555 SOUTHFIELD
SUITE 400
SOUTHFIELD, MI 48076

/s/Jacqueline Poteet

Bankruptcy Specialist

CitiMortgage

P.O. Box 6243
Sioux Falls, SD 57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

Page 1

## Escrow Account Disclosure Statement

REPRESENTATION OF PRINTED DOCUMENT

### Annual Escrow Analysis

2-671-73821-0000531-001-1-000-000-000-000
TAMMY L TERRY
535 GRISWOLD ST SUITE 2100
BUHL BUILDING
DETROIT MI 48226-

Analysis Date:      March 19, 2013

CASE#: 11-70535
CAROLYN ZDZIEBKO

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $724.15 | New Payment Effective: | May 01, 2013 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 498.98 | 498.98 |
| MONTHLY ESCROW PAYMENT | 227.22 | 225.17 |
| TOTAL PAYMENT | 726.20 | 724.15 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through April, 2013) | | | | $1,869.77 | $1,350.96 |
| MAY 13 | 225.17 | .00 | | 2,094.94 | 1,576.13 |
| JUN 13 | 225.17 | .00 | | 2,320.11 | 1,801.30 |
| JUL 13 | 225.17 | .00 | | 2,545.28 | 2,026.47 |
| AUG 13 | 225.17 | 1,324.28 | CITY/TOWN TAX | 1,446.17 | 927.36 |
| SEP 13 | 225.17 | .00 | | 1,671.34 | 1,152.53 |
| OCT 13 | 225.17 | .00 | | 1,896.51 | 1,377.70 |
| NOV 13 | 225.17 | .00 | | 2,121.68 | 1,602.87 |
| DEC 13 | 225.17 | 1,377.70 | CITY/TOWN TAX | 969.15 (a) | 450.34 (b) |
| JAN 14 | 225.17 | .00 | | 1,194.32 | 675.51 |
| FEB 14 | 225.17 | .00 | | 1,419.49 | 900.68 |
| MAR 14 | 225.17 | .00 | | 1,644.66 | 1,125.85 |
| APR 14 | 225.17 | .00 | | 1,869.83 | 1,351.02 |
| TOTALS: | $2,702.04 | $2,701.98 | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | |
|---|---|
| PROJECTED LOW-POINT: | 969.15   (a) |
| REQUIRED LOW-POINT (Cushion): | 450.34   (b) |
| TOTAL ESCROW SURPLUS: | 518.81 |

Under Federal Law, your surplus may be returned to you via a check. Since not all payments have been received on your account, you will not receive a check for your escrow surplus. If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

### CitiMortgage, Inc. appreciates your business.

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

Analysis Date: March 19, 2013
Annual Escrow Analysis

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|
| COMBINED TAXES | 2,701.98 | 2,726.67 | -24.69 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from March 1, 2012 through March 19, 2013.
This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $726.20 of which $498.98 was for principal and interest and $227.22 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $548.55- | $467.44 |
| MAR 12 | .00 | 228.73 * | .00 | .00 | | 548.55- | 696.17 |
| APR 12 | .00 | 228.73 * | .00 | .00 | | 548.55- | 924.90 |
| MAY 12 | 924.53 | 227.22 * | .00 | .00 | | 375.98 | 1,728.84 |
| JUN 12 | 321.95 | 227.22 * | .00 | .00 | | 697.93 | 1,956.06 |
| JUL 12 | 321.85 | 227.22 * | .00 | .00 | | 1,019.78 | 2,183.28 |
| AUG 12 | 367.87 | 227.22 * | 1,324.28 | 1,342.60 * | CITY/TOWN TAX | 63.37 | 1,067.90 |
| SEP 12 | 228.73 | 227.22 | .00 | .00 | | 292.10 | 1,295.12 |
| OCT 12 | 228.73 | 227.22 | .00 | .00 | | 520.83 | 1,522.34 |
| NOV 12 | 227.22 | 227.22 | .00 | .00 | | 748.05 | 1,749.56 |
| DEC 12 | 227.22 | 227.22 | 1,377.70 | 1,384.07 * | CITY/TOWN TAX | 402.43- | 592.71 |
| JAN 13 | 227.22 | 227.22 | .00 | .00 | | 175.21- | 819.93 |
| FEB 13 | 227.22 | 227.22 | .00 | .00 | | 52.01 | 1,047.15 |
| MAR 13 | 227.22 | 227.22 | .00 | .00 | | 279.23 | 1,274.37 |
| Totals: | $3,529.76 | $2,956.88 | $2,701.98 | $2,726.67 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $454.44 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $454.44.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.