# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re  Carolyn Zdziebko                           Case No.  11-70535
       Debtor                                     Chapter 13

**Notice of Mortgage Payment Change**

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.                    **Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 2499

**Date of payment change:** 05/20/2013
Must be at least 21 days after date of this notice

**New total payment:** $58.02
Principal, Interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
          Describe the basis for the change. If a statement is not attached, explain why:

          Current escrow payment: _____    New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
          If a notice is not attached, explain why:

Current interest rate: _____                New interest rate: _____
Current principal and interest payment: _____  New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☒ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  PRINCIPAL BALANCE CHANGE-NUMBER OF DAYS IN THE BILLING CYCLE CHANGED

          Current mortgage payment:    $61.41        New mortgage payment:    $58.02

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
 (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗  /s/ Taneisha Tennard                            Date  04/29/2013
   BANKRUPTCY SPECIALIST

Print: Taneisha Tennard                            Title  BANKRUPTCY SPECIALIST

Company  Bank of America, N.A.                     Specific Contact Information:
Address  BUILDING C, 2380 PERFORMANCE DR           Phone: 214-209-8444
         RICHARDSON, TX 75082                      Email: taneisha.tennard@bankofamerica.com

365380-0e8820f8-3e6b-4dab-8565-74ed30be1640

Chapter 13 No. 11-70535

In re:

Judge: Judge Thomas J. Tucker

Carolyn Zdziebko

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Carolyn Zdziebko<br>42277 Hanford Road<br>Canton, MI 48187 |
| Debtor's Attorney: | Jesse R. Sweeney<br>30555 Southfield<br>Suite 400<br>Southfield, MI 48076 |
| Trustee: | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226 |

/s/ Bill Taylor

Authorized Agent