B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan, Detroit Division

In re  Carolyn Zdziebko ,    Case No. 11-70535
      Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.    **Court claim no.** (if known): 4
as successor in interest by merger to ABN AMRO Mortgage Group, Inc.

**Last four digits** of any number you use to identify the debtor's account: 0 3 5 4

**Date of payment change:** 01/01/2014
Must be at least 21 days after date of this notice

**New total payment:** $ 718.69
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 227.22    **New escrow payment:** $ 219.71

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.　　☐ I am the creditor's authorized agent.
　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michele A Handrich　　　　　　　　　　　　　　　Date  11/14/2013
Signature　　　　　　　　　　　　　　　　　　　　　　　　　　　mm/dd/yyyy

**Print:**　Michele　　A　　　Handrich　　　　　　Title  Bankruptcy Specialist
　　　　　First Name　Middle Name　Last Name

Company　CitiMortgage, Inc.

Address　PO Box 6030
　　　　　Number　　　　Street
　　　　　Sioux Falls, SD  57117-6030
　　　　　City　　　　　　　State　ZIP Code

Contact phone  (866) 613-5636　　　　　　　　　Email  CITIPCN@citi.com

U.S. Bankruptcy Court
Eastern District of Michigan, Detroit Division

Debtor: Carolyn Zdziebko

Case No. 11-70535

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: Carolyn Zdziebko

42277 HANFORD RD
CANTON, MI 48187

I hereby certify that on November 14, 2013, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: Tammy L. Terry
Buhl Building
535 Griswold, Suite 2100
Detroit, MI 48226

Debtors Counsel: Jesse R. Sweeney
30555 Southfield
Suite 400
Southfield, MI 48076

/s/Michele A Handrich
Bankruptcy Specialist

![CitiMortgage logo]

P.O. Box 6243
Sioux Falls, SD  57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

Page 1

# Escrow Account Disclosure Statement

REPRESENTATION OF PRINTED DOCUMENT

**Annual Escrow Analysis**

Account Number:
Analysis Date:                      November 12, 2013

CASE#: 11-70535
CAROLYN ZDZIEBKO

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION.  IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

## Mortgage Payment

| New Monthly Payment Amount: | $718.69 | New Payment Effective: | January 01, 2014 |

|  | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 498.98 | 498.98 |
| MONTHLY ESCROW PAYMENT | 227.22 | 219.71 |
| TOTAL PAYMENT | 726.20 | 718.69 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through December, 2013) | | | | $1,034.59 | $439.44 |
| JAN 14 | 219.71 | .00 | | 1,254.30 | 659.15 |
| FEB 14 | 219.71 | .00 | | 1,474.01 | 878.86 |
| MAR 14 | 219.71 | .00 | | 1,693.72 | 1,098.57 |
| APR 14 | 219.71 | .00 | | 1,913.43 | 1,318.28 |
| MAY 14 | 219.71 | .00 | | 2,133.14 | 1,537.99 |
| JUN 14 | 219.71 | .00 | | 2,352.85 | 1,757.70 |
| JUL 14 | 219.71 | .00 | | 2,572.56 | 1,977.41 |
| AUG 14 | 219.71 | 1,258.84 | CITY/TOWN TAX | 1,533.43 | 938.28 |
| SEP 14 | 219.71 | .00 | | 1,753.14 | 1,157.99 |
| OCT 14 | 219.71 | .00 | | 1,972.85 | 1,377.70 |
| NOV 14 | 219.71 | .00 | | 2,192.56 | 1,597.41 |
| DEC 14 | 219.71 | 1,377.70 | CITY/TOWN TAX | 1,034.57 (a) | 439.42 (b) |
| TOTALS: | $2,636.52 | $2,636.54 | | | |

671-2248-0111F

- Mortgage Insurance, if any, is not included in the required low point calculation.

## Determining Your Escrow Shortage/Surplus

| PROJECTED LOW-POINT: | 1,034.57 (a) |
| REQUIRED LOW-POINT (Cushion): | 439.42 (b) |
| TOTAL ESCROW SURPLUS: | 595.15 |

Under Federal Law, your surplus may be returned to you via a check.  Since not all payments have been received on your account, you will not receive a check for your escrow surplus.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

### CitiMortgage, Inc. appreciates your business.

Account Number:
Analysis Date: November 12, 2013
Annual Escrow Analysis

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---|---|---|
| COMBINED TAXES | 2,636.54 | 2,708.35 | -71.81 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from November 1, 2012 through November 12, 2013. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $726.20 of which $498.98 was for principal and interest and $227.22 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $520.83 | $1,522.34 |
| NOV 12 | 227.22 | 227.22 | .00 | .00 | | 748.05 | 1,749.56 |
| DEC 12 | 227.22 | 227.22 | 1,377.70 | 1,384.07 * | CITY/TOWN TAX | 402.43- | 592.71 |
| JAN 13 | 227.22 | 227.22 | .00 | .00 | | 175.21- | 819.93 |
| FEB 13 | 227.22 | 227.22 | .00 | .00 | | 52.01 | 1,047.15 |
| MAR 13 | 227.22 | 227.22 | .00 | .00 | | 279.23 | 1,274.37 |
| APR 13 | 227.22 | 227.22 | .00 | .00 | | 506.45 | 1,501.59 |
| MAY 13 | 227.22 | 225.17 * | .00 | .00 | | 733.67 | 2,094.94 |
| JUN 13 | 454.44 | 225.17 * | .00 | .00 | | 1,188.11 | 2,320.11 |
| JUL 13 | .00 | 225.17 * | .00 | .00 | | 1,188.11 | 2,545.28 |
| AUG 13 | 227.22 | 225.17 * | 1,258.84 | 1,324.28 * | CITY/TOWN TAX | 156.49 | 1,446.17 |
| SEP 13 | 227.22 | 225.17 * | .00 | .00 | | 383.71 | 1,671.34 |
| OCT 13 | 227.22 | 225.17 * | .00 | .00 | | 610.93 | 1,896.51 |
| NOV 13 | .00 | 225.17 * | .00 | .00 | | 610.93 | 2,121.68 |
| Totals: | $2,726.64 | $2,939.51 | $2,636.54 | $2,708.35 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $450.32 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $450.34.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.